# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GORDON LASLEY, JR.,<br><br>    Defendant. | No. 14-CR-45-LRR<br><br>**ORDER** |

On December 17, 2014, the court accepted the jury verdicts finding Defendant Gordon Lasley, Jr. NOT GUILTY of First Degree Murder, as Charged in Counts 1 and 2 of the Indictment, but GUILTY of the lesser included offense of second degree murder in Counts 1 and 2 of the Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of the lesser included offense of second degree murder in Counts 1 and 2 of the Indictment.

2. The United States Probation Office shall conduct a presentence investigation and prepare a report.

3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

4. Defendant to remain in custody pending sentencing.

5. The parties are reminded that "[e]xcept by leave of court, no party or lawyer, and no other person acting on their behalf, may contact, interview, examine, or question any trial juror or potential trial juror before, during, or after a trial concerning the juror's actual or potential jury service." LR 47; LCrR 24.1.

**IT IS SO ORDERED.**

**DATED** this 18th day of December, 2014.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA